ACCEPTED
03-13-00307-CR
3684007
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 2:52:34 PM
JEFFREY D. KYLE
CLERK



# FORREST L SANDERSON, III
## *Attorney at Law*

DIRECT PHONE LINE: (512) 581-4290
FAX: (512) 303-6766
EMAIL: fls-atty@hotmail.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 2:52:34 PM
JEFFREY D. KYLE
Clerk

807 PECAN ST.
BASTROP, TEXAS 78602

January 5, 2015

Mr. Jeffrey D. Kyle, Clerk
**THIRD COURT OF APPEALS**
P.O. Box 12547
Austin, TX 78711-2547

Re:     Court of Appeals No. 03-13-00307-CR
        Styled:  *Marc Trace Wyatt v. The State of Texas*

Dear Mr. Kyle:

Please accept this correspondence as certifying that by letter dated December 22, 2014, the undersigned attorney for Marc Trace Wyatt notified said Appellant regarding the opinion rendered by the Third Court of Appeals in the above numbered and captioned cause.

Along with said notification, the undersigned included a copy of the opinion rendered, along with a notification of the of the defendant's right to file a pro se petition for discretionary review under Rule 68.

This information was mailed, certified mail, return receipt requested, to his last known address, pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure:

**Mr. Marc Trace Wyatt**
TDC # 018553251
TDCJ, Polunsky Unit
3872 FM 350 South
Livingston, TX 77357

See attached copy of return receipt, No. 7014 0150 0002 3302 4046.

Yours very truly,

Forrest L Sanderson, III
Attorney for Appellant



RECEIVED
JAN 0 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

---

*Criminal Defense*            *Criminal Appeals*            *General Practice*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marc Trace Wyatt
TDCJ No. 01953251
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

7014 0150 0002 3302 4046

PS Form 3811, July 2013          Domestic Return Receipt